UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMMY J. CHRISMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:08-0505 |
| | ) | Judge Echols |
| M & T BANK and SILVER HILL FINANCIAL, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the Memorandum issued herewith, the Court rules as follows:

(1) The Motion for Summary Judgment (Docket Entry No. 17) filed by Defendants M & T Bank and Silver Hill Financial, LLC is hereby GRANTED; and

(2) Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE